# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| CHARLES J. MAXIE, JR. | CIVIL ACTION NO. 3:17-CV-181 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| ISAAC BROWN, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## <u>JUDGMENT</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections [Doc. No. 14] to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's Motion to Appoint Counsel [Doc. No. 3] and Motion for Preliminary Injunction [Doc. No. 4] are **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil right action is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

MONROE, LOUISIANA, this 20th day of April, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE